UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIM No.: |
| | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

**GOVERNMENT'S MOTION TO SEAL THE INFORMATION, PLEA
PROCEEDING AND FUTURE PROCEEDINGS IN THIS CASE
UNTIL FURTHER ORDER OF THIS COURT AND
TO SEAL THIS MOTION TO SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to seal the criminal Information, plea materials and proceeding in this case, to seal future proceedings in this case until further Order of this Court, and to seal the instant motion to seal. In support of this motion the government states as follows:

1.  The defendant has agreed to enter a pre-indictment plea to a three count criminal Information.

2.  The sealing is necessary because the plea agreement contains sensitive information, disclosure of which would not be in the interest of either the defendant or the government.

3.  As part of his plea agreement, the defendant has agreed to provide cooperation to the government as an aid in the identification and prosecution of other targets of the grand jury. It is possible that this cooperation will continue until the date of sentencing in this case.

4.  Based on the nature of the on-going criminal and grand jury investigation, the government submits that public notice of the defendant's cooperation would likely compromise this

on-going criminal and grand jury investigation by (1) placing the personal safety of the cooperating defendant, and innocent third parties at risk; (2) alerting potential targets of the defendant's cooperation against them, thereby causing the cooperating defendant to be reluctant to continue her cooperation; (3) causing prospective witnesses, including the cooperating defendant, to be deterred from testifying or to be less likely to provide truthful testimony to the grand jury; and (4) causing potential witnesses and targets to destroy documentary evidence which may be subpoenaed by the grand jury.

5. It is the experience of veteran prosecutors in this office, as well as experienced law enforcement officials, that it is a common practice for individuals who are under criminal investigation to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates. Consequently, public notice of the filing of the sealed pleadings, itself, is likely to compromise any on-going criminal and grand jury investigation and present a substantial risk to the personal safety of cooperating individuals.

6. In addition, many judges in this District encourage the United States to utilize plea agreements with 18 U.S.C. § 3553(e) and 5K1.1 provisions which afford the Court an adequate opportunity after-the-fact to review and credit a defendant's cooperation when imposing sentence. The government submits that the premature public docketing of these types of sealed pleadings may well deny the defendant the benefits of these departure provisions and frustrate this office's efforts to develop cooperating defendants and to utilize these provisions of the Sentencing Guidelines.

7. Accordingly, the government submits that these facts present an extraordinary

situation[1] and a compelling governmental interest which justify the sealing of the plea proceeding, the sealing of future proceedings in connection with this case until further Order of this court, and the sealing of this pleading and accompanying Order until the government represents that it can continue its criminal prosecution without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case.

8.   Defense counsel has been advised of the contents of this motion and has not indicated any objection to it.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JONATHAN N. ROSEN
Assistant United States Attorney
California. Bar No. 162607
Fraud and Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-6991

---

[1] See Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991).

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of Government's Motion to File the Criminal Information and other Pleadings, Records and Files and to Delay Entry on the Public Docket of the Filing of this Motion to Seal has been provided by facsimile to counsel for the defendant:

Joseph Beshouri, Esq.
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004

on this 1st day of February, 2006.

                                          _____
                                          JONATHAN N. ROSEN
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No.: |
| | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the attached <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal</u>, this Court makes the following:

**FINDINGS OF FACT**

1.   Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in an on-going criminal/grand jury investigation.

2.   The general public is not aware that the defendant has agreed to cooperate with the United States in this on-going investigation.

3.   The public docketing at this time of any notice that the Government has filed a <u>Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal</u> as well as the Order granting such motion will likely jeopardize an on-going criminal and grand jury investigation and place the personal safety of parties involved in the investigation at unnecessary risk.

4.      Based on the representations in the <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal</u>, this Court also FINDS that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's Motion to Seal and this Order have been filed with the Criminal Clerk's office under seal.[1]

Based on the above Findings of Fact, it is this _____ day of _____, 2006, hereby

ORDERED that this Order, and the attached <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion to Seal</u> shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the plea proceeding in this case, and all future proceedings shall be conducted under seal until further Order of this Court.

---

[1] <u>See</u> <u>Post</u> v. <u>Robinson</u>, 935 F.2d 282, 289, fn. 10 (D.C. Cir. 1991).

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion Seal</u> and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:  Jonathan N. Rosen
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530

Joseph Beshouri, Esq.
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004