

**FILED**



**SEALED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FEB 7 - 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** 0 6 - 0 3 0 |
|  | : |  |
|  | : | **FILED UNDER SEAL** |
| **v.** | : |  |
|  | : |  |
| **JOSEPH W. WISE,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |
|  | : |  |

## ORDER

Based on the representations in the attached Government's Motion to Seal the Information,

Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal

this Motion to Seal, this Court makes the following:

### FINDINGS OF FACT

1.    Pursuant to the plea agreement in this case, the defendant has agreed to cooperate

with the United States in an on-going criminal/grand jury investigation.

2.    The general public is not aware that the defendant has agreed to cooperate with the

United States in this on-going investigation.

3.    The public docketing at this time of any notice that the Government has filed a

Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further

Order of this Court and to Seal this Motion to Seal as well as the Order granting such motion will

likely jeopardize an on-going criminal and grand jury investigation and place the personal safety of

parties involved in the investigation at unnecessary risk.

4.    Based on the representations in the <u>Government's Motion to Seal the Information,</u> <u>Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal</u> <u>this Motion to Seal</u>, this Court also FINDS that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's Motion to Seal and this Order have been filed with the Criminal Clerk's office under seal.[1]

Based on the above Findings of Fact, it is this ⟶6⟵ day of ⟶Feb⟵ , 2006, hereby

ORDERED that this Order, and the attached <u>Government's Motion to Seal the Information,</u> <u>Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal</u> <u>this Motion to Seal</u> shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the plea proceeding in this case, and all future proceedings shall be conducted under seal until further Order of this Court.

---

[1]<u>See</u> <u>Post</u> v. <u>Robinson</u>, 935 F.2d 282, 289, fn. 10 (D.C. Cir. 1991).

2

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the <u>Government's Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal this Motion Seal</u> and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

_Chief_ ~~UNITED STATES MAGISTRATE~~ JUDGE
FOR THE DISTRICT OF COLUMBIA

3

cc:    Jonathan N. Rosen
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530

Joseph Beshouri, Esq.
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004