UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| | : | |
| v. | : | FILED UNDER SEAL |
| | : | |
| JOSEPH W. WISE | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is no longer assigned to Assistant U.S. Attorney Jonathan Rosen but now is assigned to Assistant United States Attorney G. Bradley Weinsheimer, Bar Number 431796, telephone number (202) 514-6991 and this is notice of the appearance of AUSA Weinsheimer in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, a copy of the Government's Motion to Substitute Counsel and to Enter an Appearance was provided by U.S. mail to counsel for the defendant: Joseph Beshouri, Esq., 419 7th Street, N.W., Suite 201, Washington, D.C. 20004.

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY