UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-030 (GK)** |
| | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this _____ day of June, 2006, hereby

ORDERED that the status hearing set for June 14, 2006 is vacated and a new status hearing is set on September _____, 2006 at _____ a.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE