UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-030 (GK) |
| | FILED UNDER SEAL |
| v. | |
| JOSEPH W. WISE, | |
| Defendant. | |

## ORDER

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this 12th day of June, 2006, hereby

ORDERED that the status hearing set for June 14, 2006 is vacated and a new status hearing is set on September 22, 2006 at 10 a.m.

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE