UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| | : | |
| v. | : | FILED UNDER SEAL |
| | : | |
| JOSEPH W. WISE | : | |
| | : | |
| Defendant. | | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the status hearing, currently set for September 22, 2006, be vacated and that a new status hearing be set for January 12 or 11, 2007, or for such other date thereafter convenient to the court. In support of this motion, the government states as follows:

1. On February 16, 2006, defendant Wise entered a guilty plea which included as a condition his continued cooperation with the government. As a result of the expected cooperation, the Court granted the government's motion to place this matter under seal and set a further status hearing for June 14, 2006. On the government's motion, which set forth the status of the case and related investigations, the Court subsequently continued the hearing for September 22, 2006.

2. Defendant Wise continues to cooperate with the government, and the investigations in which he is cooperating are progressing. Indeed, two defendants, Antoine Hudson (Cr. No. 06-157) and Natwan Logan (Cr. No. 06-241) have entered guilty pleas to charges arising from cooperation provided by defendant Wise. Investigation into a counterfeit check scheme is continuing, and the government anticipates in the next three months to be in a position to bring charges against additional suspects. Defendant Wise's continued cooperation will be needed throughout this period, and accordingly, the government proposes that the currently set status hearing be vacated and that a new status hearing be set for January 12 or 11, 2007, or some other date thereafter convenient to the Court.

3.     Counsel for the government has discussed this motion with counsel for Defendant Wise, who fully supports this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, a copy of the Government's Consent Motion to Continue Status Hearing was provided by U.S. mail to counsel for the defendant: Joseph Beshouri, Esq., 419 7th Street, N.W., Suite 201, Washington, D.C. 20004.

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY