**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  06-030 (GK)** |
| | : | |
| | : | **FILED UNDER SEAL** |
| **v.** | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

**O R D E R**

    Based on the representations in the Government's Consent Motion to Continue Status

Hearing, it is this _____ day of September 2006, hereby

    ORDERED that the status hearing set for September 22, 2006 is vacated and a new status

hearing is set on January _____, 2007 at _____ a.m.

 

 

                               _____
                               THE HONORABLE GLADYS KESSLER
                               UNITED STATES DISTRICT JUDGE