UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | **FILED** |
| JOSEPH W. WISE, | : | |
| | : | SEP 1 3 2006 |
| Defendant. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

## ORDER

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this 13th day of September 2006, hereby

ORDERED that the status hearing set for September 22, 2006 is vacated and a new status hearing is set on January 11, 2007 at 4:45 a.m.

Gladys Kessler
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE