UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-030 (GK)** |
| | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this _____ day of January 2007, hereby

ORDERED that the status hearing set for January 11, 2007 is vacated and a new status hearing is set on April _____, 2007 at _____ a.m/p.m..

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

G. Bradley Weinsheimer, AUSA
United States Attorney's Office
555 4th Street, N.W., Room 5237
Washington, DC 20530

Joseph Beshouri, Esq.
419 7th Street, N.W., Suite 201
Washington, D.C. 20004