UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-030 (GK) |
| v. | FILED UNDER SEAL |
| JOSEPH W. WISE, | FILED |
| Defendant. | JAN 0 8 2007 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this 5th day of January 2007, hereby

ORDERED that the status hearing set for January 11, 2007 is vacated and a new status hearing is set on April 20, 2007 at 10 a.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

G. Bradley Weinsheimer, AUSA
United States Attorney's Office
555 4th Street, N.W., Room 5237
Washington, DC 20530

Joseph Beshouri, Esq.
419 7th Street, N.W., Suite 201
Washington, D.C. 20004