# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  06-030 (GK)** |
| | : | |
| **v.** | : | **FILED UNDER SEAL** |
| | : | |
| **JOSEPH W. WISE** | : | |
| | : | |
| **Defendant.** | | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the status hearing, currently set for April 20, 2007, be vacated and that a new status hearing be set for August 8 or 9, 2007, or for such other date thereafter convenient to the court.  In support of this motion, the government states as follows:

1.      On February 16, 2006, defendant Wise entered a guilty plea which included as a condition his continued cooperation with the government.  As a result of the expected cooperation, the Court granted the government's motion to place this matter under seal and set a further status hearing.  On the government's motion, which set forth the status of the case and related investigations, the Court subsequently continued the hearing for April 20, 2007.

2.      Defendant Wise continues to cooperate with the government, and the investigations in which he is cooperating are progressing.  Two defendants, Antoine Hudson (Cr. No. 06-157) and Natwan Logan (Cr. No. 06-241) have entered guilty pleas to charges arising from cooperation provided by defendant Wise.  Defendant Logan has been sentenced and defendant Hudson is set for sentencing on May 16, 2007.   A third defendant is the subject of an arrest warrant, which remains outstanding.  The government anticipates in the next three months that the grand jury will consider an indictment against  additional suspects.  Efforts have been made to resolve charges short of an indictment, but it now appears that formal charges will be needed to bring this investigation to a close, and the government now is actively taking steps to do so.  Defendant Wise's continued

cooperation will be needed throughout this period, and accordingly, the government proposes that the currently set status hearing be vacated and that a new status hearing be set for August 8 or 9, 2007, or some other date thereafter convenient to the Court.

3.    Counsel for the government has discussed this motion with counsel for Defendant Wise, who fully supports this motion.   Defense counsel also advises that defendant Wise recently has begun a new job which requires him to work from early in the morning until mid-afternoon. Accordingly, the parties respectfully request that the status hearing be convened for 3:30 p.m. or later in the afternoon of August 8 or 9, 2007.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, a copy of the Government's Consent Motion to Continue Status Hearing was provided by U.S. mail to counsel for the defendant: Joseph Beshouri, Esq., 419 7th Street, N.W., Suite 201, Washington, D.C.  20004.

_____

G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY