UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | |
| JOSEPH W. WISE, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this _____ day of April 2007, hereby

ORDERED that the status hearing set for April 20, 2007 is vacated and a new status hearing is set on August _____, 2007 at _____ p.m..

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE