UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | **FILED** |
| JOSEPH W. WISE, | : | APR 11 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

## ORDER

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this 11th day of April 2007, hereby

ORDERED that the status hearing set for April 20, 2007 is vacated and a new status hearing is set on August 8, 2007 at 10:15 a.m.

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE