UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| --- | --- | --- |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | |
| JOSEPH W. WISE, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Sentencing Hearing, it is this _____ day of November 2007, hereby

ORDERED that the status hearing set for November 6, 2007 is vacated and a new status hearing is set on February _____, 2008 at _____ a.m. / p.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

G. Bradley Weinsheimer
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

Joseph Beshouri, Esq.
419 7th Street, N.W., Suite 201
Washington, D.C. 20004