UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-030 (GK) |
| | : | |
| | : | FILED UNDER SEAL |
| v. | : | |
| | : | **FILED** |
| JOSEPH W. WISE, | : | |
| | : | NOV 0 1 2007 |
| Defendant. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| _____ | : | U.S. DISTRICT COURT |

**ORDER**

Based on the representations in the Government's Consent Motion to Continue Sentencing Hearing, it is this 31st day of October, 2007, hereby

ORDERED that the status hearing set for November 6, 2007 is vacated and a new status hearing is set on February 29, 2008 at 10:15 a.m. / p.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

G. Bradley Weinsheimer
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

Joseph Beshouri, Esq.
419 7th Street, N.W., Suite 201
Washington, D.C. 20004