IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-30 (GK) |
| | ) | **MATTER UNDER SEAL** |
| | ) | **FILED** |
| JOE WISE | ) | |
| | | NOV 0 7 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Because of the length of the proceedings in the above-captioned matter, appointed counsel may submit a single interim CJA Form 20 setting forth an itemization of compensation earned and reimbursable expenses to date.

The Court will review the interim voucher when submitted and authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the interim voucher seeks hourly compensation exceeding the $7,000.00 CJA per-case ceiling (excluding reimbursement sought for expenses), the voucher must be approved by both this Court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the out-of-court compensation approved for the interim voucher shall be withheld until the final accounting. At the conclusion of representation, counsel shall submit a final voucher seeking payment of the one-fifth balance withheld from the interim voucher.

After a review by the Office of the Federal Public Defender, the Court will review the interim and final voucher and submit each to the Chief Judge of the Circuit for a review and



approval.

**SO ORDERED.**

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

DATE: Nov. 7, 2007

Copies to:

Joseph Beshouri,, Esquire
419 - 7th Street, N.W.
Suite 405
Washington, D.C. 20004

Erika Freeman
Panel Administrator
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004