UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-030 (GK)** |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| **JOSEPH W. WISE** | : | |
| | : | |
| **Defendant.** | | |

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the sentencing hearing, currently set for February 28, 2008, be vacated and that a new sentencing hearing be set for October 8, 9, or 10, 2008, or for such other date convenient to the court. In support of this motion, the government states as follows:

1. On February 16, 2006, defendant Wise entered a guilty plea which included as a condition his continued cooperation with the government. As a result of the expected cooperation, the Court granted the government's motion to place this matter under seal. As reported at a previous status hearing, defendant Wise has completed his cooperation in the active investigation, and a number of defendants against whom he has cooperated now have entered guilty pleas and have been sentenced. On August 8, 2007, defendant Wise was referred to the probation department and a presentence investigation report now has been prepared. Sentencing has been scheduled for February 28, 2008.

2. Unfortunately, defendant Wise's full cooperation is not yet complete as there remain three indicted individuals in <u>U.S. v. Hill, et. al.</u>, criminal case number 07-147, against whom defendant Wise still is expected to testify. A trial date now is set in that case for September 15, 2008. While the government had hoped to be able to conclude those matters, that has not yet happened. Accordingly, so that the court will have the benefit of considering defendant Wise's full cooperation at the time of sentencing, the parties request that the court vacate the current sentencing

date and set a further sentencing date for October 8, 9, or 10, 2008, or some other date convenient to the Court.

3. Counsel for the government has discussed this motion with counsel for Defendant Wise, who supports this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 3205
Washington, DC 20530
(202) 514-6991
Bradley.weinsheimer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, a copy of the Government's Consent Motion to Continue Sentencing Hearing was provided by U.S. mail to counsel for the defendant: Joseph Beshouri, Esq., 419 7th Street, N.W., Suite 201, Washington, D.C. 20004.

_____/s/_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY