UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-030 (GK)** |
| | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Sentencing Hearing, it is this _____ day of February 2008, hereby

ORDERED that the sentencing hearing set for February 28, 2008 is vacated and a new sentencing hearing is set on October _____, 2008 at _____ a.m. / p.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

G. Bradley Weinsheimer
Assistant United States Attorney
555 4th Street, N.W., Room 3205
Washington, DC 20530

Joseph Beshouri, Esq
419 7th Street, N.W., Suite 201
Washington, D.C. 20004