

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-030 (GK) |
| : | |
| : | FILED UNDER SEAL |
| v. : | |
| : | **FILED** |
| JOSEPH W. WISE, : | |
| : | FEB 21 2008 |
| Defendant. : | |
| : | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

Based on the representations in the Government's Consent Motion to Continue Sentencing Hearing, it is this 21st day of February 2008, hereby

ORDERED that the sentencing hearing set for February 28, 2008 is vacated and a new sentencing hearing is set on October 15, 2008 at 4:15 a.m./p.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:

G. Bradley Weinsheimer
Assistant United States Attorney
555 4th Street, N.W., Room 3205
Washington, DC 20530

Joseph Beshouri, Esq
419 7th Street, N.W., Suite 201
Washington, D.C. 20004