UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-030 (GK) |
| | : | |
| v. | : | FILED UNDER SEAL |
| | : | |
| JOSEPH W. WISE | : | |
| | : | |
| **Defendant.** | | |

**CONSENT MOTION TO UNSEAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court issue an order to unseal the record and documents in this case.

1. On February 16, 2006, defendant Wise entered a guilty plea which included as a condition his continued cooperation with the government.  As a result of the expected cooperation, the Court granted the government's motion to place this matter under seal.  As previously reported to the court, defendant Wise is expected to be a government witness in another case currently set on this Court's calendar, U.S. v. Hill and McKinney.  As part of its Giglio and other obligations in that trial, the government will need to disclose to the defense the plea agreement and other court records relating to defendant Wise's guilty plea and case.  Accordingly, the government requests that this matter, including all proceedings and documents, be unsealed.

2. Counsel for the government has discussed this motion with counsel for defendant Wise, who consents to this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney


          _____/s/_____
          G. Bradley Weinsheimer
          ASSISTANT UNITED STATES ATTORNEY
          Bar Number 431796
          555 4th Street, N.W., Room 3205
          Washington, DC 20530
          (202) 514-6991
          Bradley.weinsheimer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, a copy of the Government's Consent Motion to Unseal was provided by U.S. mail to counsel for the defendant: Joseph Beshouri, Esq., 419 7th Street, N.W., Suite 201, Washington, D.C. 20004.


          _____/s/_____
          G. Bradley Weinsheimer
          ASSISTANT UNITED STATES ATTORNEY