UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-030 (GK)** |
| | : | |
| | : | **FILED UNDER SEAL** |
| v. | : | |
| | : | |
| **JOSEPH W. WISE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Unseal, it is this

_____ day of August 2008, hereby

ORDERED that the clerk's office shall unseal this matter in its entirety, including the unsealing of all proceedings and documents in the above-referenced case.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:
G. Bradley Weinsheimer
Assistant US Attorney
555 4th Street, N.W., Room 3205
Washington, DC 20530

Joseph Beshouri, Esq
 419 7th Street, N.W., Suite 201
Washington, D.C.  20004