UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 06-030 (GK) |
| v. | |
| JOSEPH W. WISE, | FILED |
| Defendant. | AUG 20 2008 |
| | Clerk, U.S. District and Bankruptcy Courts |

### O R D E R

Based on the representations in the Government's Consent Motion to Unseal, it is this 20th day of August 2008, hereby

ORDERED that the clerk's office shall unseal this matter in its entirety, including the unsealing of all proceedings and documents in the above-referenced case.

THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

cc:
G. Bradley Weinsheimer
Assistant US Attorney
555 4th Street, N.W., Room 3205
Washington, DC 20530

Joseph Beshouri, Esq
419 7th Street, N.W., Suite 201
Washington, D.C. 20004

